**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| SHAWN FREED, | Case No. 3:23-CV-00417-MMD-CLB |
| Plaintiff, | **ORDER TO FILE AMENDED COMPLAINT** |
| v. | |
| JACOB BALLENSKY, *et. al.*, | |
| Defendants. | |

On August 30, 2023, this Court screened Plaintiff Shawn Freed's ("Freed"), civil rights complaint, (ECF No. 1-1), and recommended that it be dismissed without prejudice and without leave to amend. (ECF No. 3.) Freed objected to the report and recommendation. (ECF No. 4.) On October 23, 2023, the District Court sustained the objection and rejected the report and recommendation. (ECF No. 5.)

Accordingly, **IT IS ORDERED** that Freed shall have until **Monday, November 27, 2023,** to file an amended complaint.

DATED: October 24, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**