UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHAWN FREED,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>JACOB BALLENSKY, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:23-CV-00417-MMD-CLB<br><br>**ORDER TO CHANGE ADDRESS** |

On October 24, 2023, the Court entered an order directing Plaintiff Shawn Freed to file an amended complaint. (ECF No. 6.) The Court mailed this document to Plaintiff's address at the Northern Nevada Correctional Center ("NNCC"). On October 26, 2023, NNCC returned this document as "undeliverable," stating that Freed was paroled on October 25, 2023, and was unable to pick up the document before he left. (ECF Nos. 7, 8.) Therefore, it appears Freed was released from custody. However, Freed has not filed a change of address with the Court. Pursuant to Local Rule IA 3-1, Freed must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action. Based on the above, Freed shall have until **Wednesday, November 29, 2023,** to file a notice of change of address, or this Court will recommend that this action be dismissed.

**DATED**: October 30, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**